IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES H. McCLENTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:12-CV-00264 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE – McCONNELL UNIT, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Plaintiff, a TDCJ prisoner proceeding *pro se*, filed a letter complaint with the Court on August 21, 2012 complaining of corruption by prison personnel at TDCJ's McConnell Unit in Beeville, Texas. (D.E. 1.) After sending Plaintiff a notice of deficient pleading and two orders to show cause, United States Magistrate Judge issued a memorandum and recommendation wherein she recommends that Plaintiff's complaint be dismissed with prejudice pursuant to FED. R. CIV. P. 41(b) for want of prosecution. (D.E. 11.)

Plaintiff was provided notice of his opportunity to object to the Magistrate Judge's memorandum and recommendation and the time within which such objections must be made. (*Id.*) Notice along with the Magistrate Judge's memorandum and recommendation were mailed to Plaintiff by the Clerk of the Court. More than seventeen days have passed since the parties, respectively, were served with the Magistrate Judge's memorandum and recommendation, and no objections have been filed.

When no timely objections to a magistrate judge's memorandum and recommendation are filed, the district court need only satisfy itself that there is no clear error on the face of the

record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 11), as well as all other relevant documents in the record, and finding no clear error, the Court ADOPTS as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to prosecute.

ORDERED this 11th day of December 2012.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE